IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**$21,000.00 IN UNITED STATES CURRENCY,** )<br>)<br>**Defendant.** ) | CIVIL NO. 06-657-GPM |

# ORDER

**MURPHY, Chief District Judge:**

The motion to compel filed by the United States (Doc. 23) is **GRANTED**. Claimant Kathy McDonald is directed that she must file a verified claim in conformance with Rule G(5)(a)(i) of the Supplemental Rules for Certain Admiralty Claims if she wishes to proceed with this forfeiture action.

Said verified claim must be filed prior to the trial of this matter on **June 25, 2007, at 11:00 a.m.**; otherwise, Kathy McDonald's pleadings will be stricken and judgment will be entered in favor of the United States.

The Court further cautions that the claim should be filed only if it is true.

The United States Attorney's Office is directed to send a copy of this Order immediately to Kathy McDonald by overnight mail.

**IT IS SO ORDERED.**

DATED: 6/21/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
Chief United States District Judge